IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

JAMES J. CONDON,

       Plaintiff,

v.                                                   Case No.: 3:24-cv-00063-NKM

ASSOCIATED UNIVERSITIES, INC.

       Defendant.

### DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Associated Universities, Inc. ("AUI" or the "Defendant"), pursuant to Fed. R. Civ. Pro. 12(c), seeks dismissal of Plaintiff's Complaint, with prejudice, because (1) Plaintiff was not an "employee" under Title VII at the time of the conduct underlying Plaintiff's retaliation claim and is not otherwise protected as a former employee; (2) the alleged conduct by Plaintiff underlying his Title VII retaliation claim does not constitute protected activity under Title VII; (3) Plaintiff was not an employee protected under the Virginia Fraud and Abuse Whistleblower Protection Act; and (4) Plaintiff did not engage in protected activity under the Virginia Fraud and Abuse Whistleblower Protection Act.

WHEREFORE, Associated Universities, Inc. respectfully requests that the Court grant the motion pursuant to Fed. R. Civ. Pro. 12(c) and dismiss Plaintiffs' Complaint, with prejudice, for the reasons set forth in the accompanying Memorandum in Support.

Respectfully submitted,
ASSOCIATED UNIVERSITIES, INC.

By:    /s/ Amanda M. Weaver
      Amanda M. Weaver
      Virginia State Bar No. 86782
      Counsel for Defendant
      WILLIAMS MULLEN
      200 South 10th Street, Suite 1600
      Richmond, VA 23219
      Telephone: (804) 420-6226
      Facsimile: (804) 420-6507
      aweaver@williamsmullen.com

William A. Truban, III
Virginia State Bar No. 98428
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6231
Facsimile: (804) 420-6507
wtruban@williamsmullen.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 6th day of December 2024, I filed the foregoing Motion through

the Court's Electronic Case Filing (ECF) system, which will send a Notice of Electronic Filing

(NEF) to the following counsel of record:

> Benjamin A. Beliles
> Beliles & Associates, PLLC
> 1108 E. Main Street, Suite 1002
> Richmond, Virginia 22319
> bbeliles@benwinsagain.com

By:  _/s/ Amanda M. Weaver_
        Amanda M. Weaver
        Virginia State Bar No. 86782
        Counsel for Defendant
        WILLIAMS MULLEN
        200 South 10th Street, Suite 1600
        Richmond, VA 23219
        Telephone: (804) 420-6226
        Facsimile: (804) 420-6507
        aweaver@williamsmullen.com