IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JAMES J. CONDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:24-cv-00063-NKM |
| ) | |
| ASSOCIATED UNIVERSITIES, INC., ) | |
| ) | |
| Defendant. ) | |

# PARTIES' NOTICE OF PROPOSED CASE SCHEDULE

Pursuant to the Court's June 11, 2025 Order (ECF No. 20), Plaintiff James J. Condon ("Plaintiff"), and Defendant Associated Universities, Inc. ("Defendant"), by and through their counsel (collectively the "Parties"), submit a proposed case schedule as follows:

| Description | Deadline |
|---|---|
| DEADLINE TO FILE MOTION FOR JOINDER OF ADDITIONAL PARTIES AND/OR TO AMEND PLEADINGS | 45 days from entry of Order |
| PLAINTIFF(S) INITIAL EXPERT DISCLOSURE | 75 days from entry of Order |
| DEFENDANT(S) INITIAL EXPERT DISCLOSURE | 75 days from entry of Order |
| DEADLINE TO COMPLETE DISCOVERY | October 17, 2025 |
| DEADLINE TO FILE DISPOSITIVE MOTIONS | November 5, 2025 |
| DEADLINE FOR HEARING DISPOSITIVE MOTIONS OR STIPULATION WAIVING ORAL ARGUMENT | January 5, 2026 |
| DEADLINE TO FILE WITNESS LIST, EXHIBIT LIST AND DISCOVERY DESIGNATIONS | January 19, 2026 |
| DEADLINE TO EXCHANGE WITNESS LISTS AND SUMMARY OF TESTIMONY | January 27, 2026 |

| DEADLINE TO FILE OBJECTIONS TO EXHIBIT LIST AND DISCOVERY DESIGNATIONS | February 2, 2026 |
|---|---|
| DEADLINE TO FILE MOTIONS IN LIMINE | February 3, 2026 |
| DEADLINE FOR JURY INSTRUCTIONS AND VOIR DIRE | February 10, 2026 |
| DEADLINE TO FILE JOINT PROPOSED PRETRIAL ORDER<br>• any contested issues of law that require a ruling before trial;<br>• the essential elements that a party must prove to establish any meritorious claims remaining for adjudication, and the damages or other relief sought;<br>• the essential elements that a party must prove to establish any meritorious defenses;<br>• the material facts and theories of liability or defense;<br>• the issues of fact contested by each party;<br>• any contested issues of law that do not require a ruling before trial;<br>• any stipulations; and<br>• any special voir dire questions. | February 10, 2026 |
| TRIAL | February 17 – 19, 2026 |

Respectfully submitted,

| ASSOCIATED UNIVERSITIES, INC. | JAMES J. CONDON |
|---|---|
| By: __/s/ *Amanda M. Weaver*__<br>Amanda M. Weaver<br>Virginia State Bar No. 86782<br>Counsel for Defendant<br>WILLIAMS MULLEN<br>200 South 10th Street, Suite 1600<br>Richmond, VA 23219<br>Telephone: (804) 420-6226<br>Facsimile: (804) 420-6507<br>aweaver@williamsmullen.com | By: __/s/ *Benjamin A. Beliles*__<br>Benjamin A. Beliles<br>Virginia State Bar No. 72723<br>Counsel for Plaintiff<br>Beliles & Associates, PLLC<br>1108 E. Main Street, Suite 1002<br>Richmond, Virginia 22319<br>Telephone: (804) 223-0927<br>Facsimile: (804) 414-7758<br>bbeliles@benwinsagain.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of June 2025, I electronically filed the foregoing Proposed Case Schedule with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following users:

>Benjamin A. Beliles
>Beliles & Associates, PLLC
>1108 E. Main Street, Suite 1002
>Richmond, Virginia 22319
>bbeliles@benwinsagain.com

>By:  /s/ Amanda M. Weaver
>Amanda M. Weaver
>Virginia State Bar No. 86782
>Counsel for Defendant
>WILLIAMS MULLEN
>200 South 10th Street, Suite 1600
>Richmond, VA 23219
>Telephone: (804) 420-6226
>Facsimile: (804) 420-6507
>aweaver@williamsmullen.com